891, in both of which the taxpayers bought in bonds at less than face value."

Finding no error in the Tax Board's ruling, it is affirmed.

**N. B. MORTON, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 241.

Circuit Court of Appeals, Second Circuit.

May 20, 1935.

Smith, Moore & Lucas, of Washington, D. C. (Lewis H. Barnes, of Washington, D. C., of counsel), for petitioner.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key and A. F. Prescott, Sp. Assts. to Atty. Gen., for respondent.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Decision affirmed.

**William Harry MULLENS, Appellant, v. UNITED STATES of America, Appellee.**

No. 3836.

Circuit Court of Appeals, Fourth Circuit.

Feb. 5, 1935.

Laurence A. Anderson, of Lynchburg, Va., for appellant.

Howard C. Gilmer, Jr., Asst. U. S. Atty., of Pulaski, Va.

PER CURIAM.
On motion of appellee, cause is docketed and dismissed. Order filed.

**MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION, Appellant, v. John Ferman WYATT and Rosa S. Wyatt, Appellees.**

No. 3918.

Circuit Court of Appeals, Fourth Circuit.

June 13, 1935.

Johnson, Rollins & Uzzell, of Asheville, N. C., for appellant.

John DuBose, of Asheville, N. C., for appellees.

PER CURIAM.
On motion of appellees, cause is docketed and dismissed. Order filed.

**James Robert NICHOLS, Debtor, Appellant, v. S. V. KEMP, Attorney Representing Certain Creditors, et al., Appellees.**

No. 3883.

Circuit Court of Appeals, Fourth Circuit.

June 19, 1935.

S. S. Lambeth, Jr., of Bedford, Va., for appellant.

T. G. Hobbs, Samuel H. Williams, B. B. Campbell, and S. V. Kemp, all of

Lynchburg, Va., and George W. Chaney, of Roanoke, Va., for appellees.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of counsel.

---

**James Robert NICHOLS, Debtor, Appellant, v. S. V. KEMP, Attorney Representing Certain Creditors, et al., Appellees.**

No. 3911.

Circuit Court of Appeals, Fourth Circuit.

June 19, 1935.

S. S. Lambeth, Jr., of Bedford, Va., for appellant.

T. G. Hobbs, Samuel H. Williams, B. B. Campbell, and S. V. Kemp, all of Lynchburg, Va., and George W. Chaney, of Roanoke, Va., for appellees.

PER CURIAM.

Case dismissed under Rule 20 in accordance with agreement of counsel.

---

**In the Matter of OUTDOOR CLOTHING CO., Inc., Debtor. Outdoor Clothing Co., Inc., Debtor-Appellant. J. Greenbaum Tanning Co., Claimant-Appellee.**

No. 411.

Circuit Court of Appeals, Second Circuit.

May 6, 1935.

Schottland, Daly & Scheidlinger, of New York City (Joseph Schottland, of New York City, of counsel), for appellant.

Benjamin Siegel, of New York City (Benjamin Siegel and Edward I. Kaplan, both of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order (10 F. Supp. 617) affirmed.

---

**Henry PALMA, Appellant, v. W. J. TOBIN, Receiver of Reno National Bank et al., Appellees.**

No. 7780.

Circuit Court of Appeals, Ninth Circuit.

June 4, 1935.

J. D. Skeen, of Salt Lake City, Utah, for appellant.

N. J. Barry and Platt & Sinai, all of Reno, Nev., for appellees.

Before WILBUR and MATHEWS, Circuit Judges, and ST. SURE, District Judge.

PER CURIAM.

The above cause being regularly reached for argument or submission and appellant not having printed the record nor filed a brief, as required by the rules of this court, it is ordered that the appeal herein be dismissed for noncompliance by the appellant with the provisions of rules 23 and 24 of the Rules of Practice of this court, that a judgment of dismissal be filed and entered accordingly, and the mandate issued forthwith.